UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAY YOU, LLC,                                              :

        Plaintiff,                                       :

    -against-                                              :

H&M HENNES & MAURITZ LP,                                    :

        Defendant.                                       :
------------------------------------------------------------X

**ORDER**

20-CV-1396 (LTS) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with the parties on June 3, 2020.  As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1) all discovery, of whatever nature, be initiated so as to be completed on or before November 30, 2020;

    2) the last date on which to amend pleading will be August 3, 2020;

    3) the last date on which to join additional parties will be August 3, 2020;

    4) a telephonic status conference will be held with the parties on October 29, 2020, at 10:00 a.m.  The parties shall use call-in number (888) 557-8511 and, thereafter, access code 4862532; and

    5) should the parties determine to have the Court convene a settlement conference, they must advise the Court in a joint writing and propose three dates on which all parties will be available to participate in the conference.

Dated: New York, New York
       June 3, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE