UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAY YOU, LLC,                                            :
                                                          :
              Plaintiff,                    :       **ORDER**
                                                          :
   -against-                                             :       20-CV-1396 (KMW)(KNF)
                                                          :
H&M HENNES & MAURITZ, LP,                                 :
                                                          :
              Defendant.                    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 9, 2020, at 10:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
           November 30, 2020

                                                  _Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE