UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAY YOU, LLC,                                          :
                                                        :
               Plaintiff,              :           **ORDER**
                                                        :
   -against-                                          :           20-CV-1396 (KMW)(KNF)
                                                        :
H&M HENNES & MAURITZ LP,                                :
                                                        :
               Defendants.             :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge.  If no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before March 10, 2021.  That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York         SO ORDERED:
        February 10, 2021

                                                                 _/s/ Kevin Nathaniel Fox_____
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE