USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 16, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

STAY YOU, LLC,

        Plaintiff,

-against-

H&M HENNES & MAURITZ LP,

        Defendant.

---------------------------------------------------------X

20-CV-1396 (KMW) (KNF)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has received Defendant's letter, seeking leave to file a motion for summary judgment, and the accompanying Local Rule 56.1 Statement. (ECF Nos. 35, 36.) It is hereby ORDERED that:

1. On or before April 30, 2021, Plaintiff shall file a Local Rule 56.1 Response. Any Local Rule 56.1 Counterstatement also must be filed by April 30, 2021.

2. Any Local Rule 56.1 Counterresponse must be filed by May 7, 2021.

    SO ORDERED.

Dated: New York, New York
       April 16, 2021

                                            */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                        United States District Judge