UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
STAY YOU, LLC,

                    Plaintiff,

     v.

H&M HENNES & MAURITZ LP,

                    Defendant.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/31/2022
```

20-CV-1396 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Stay You, LLC ("Plaintiff") filed the above-captioned lawsuit against H&M Hennes & Mauritz LP ("Defendant") for trademark infringement and unfair competition. Currently before the Court is Defendant's motion for summary judgment. (Mot., ECF No. 45.) Defendant's motion is DENIED. An opinion setting forth the Court's reasoning will follow.

      The Clerk of Court is respectfully directed to terminate all pending motions in this case.

      SO ORDERED.

Dated: New York, New York
          March 31, 2022

                                                */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                           United States District Judge